UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 10-01 (PGS) |
| KENNETH BROWN, | ORDER AUTHORIZING RELEASE OF DEFENDANT ON BAIL |

AND NOW, this _____ day of January 2010, upon the application of the United States Attorney (Assistant U.S. Attorney Deborah J. Gannett, appearing) and defendant Kenneth Brown's counsel, David Holman, AFPD, it is hereby ORDERED that the following bail conditions set on October 22, 2009 by the Hon. Esther Salas shall remain in full effect:

1. Mr. Brown's wife, Gail Brown, will serve as a third party custodian;

2. Mr. Brown shall post a $150,000 appearance bond secured by the property located at 5 Setter Court, Townsend, DE.;

3. Mr. Brown shall surrender his U.S. passport; and

4. Mr. Brown shall receive drug and mental health treatment as deemed necessary by Pre Trial Services.

And it is further Ordered that bail is hereby modified to add the following condition:

1. Mr. Brown agrees not to encumber, sell or otherwise convert the property which is located at 5 Setter Court, Townsend, DE until final disposition of this case.

Peter G. Sheridan
United States District Judge